# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY SCOTT SQUIRES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 71450

**FILED**

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus asks that this court direct the district court to reverse and vacate its order denying petitioner's motion for production of documents, papers, pleadings, and tangible property and to grant the motion. We have reviewed the documents submitted in this matter, which did not include the motion or district court order. Without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner fails to meet his burden of demonstrating that extraordinary relief is warranted. *See* NRS 34.160; NRAP 21(a); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004) (noting that this court's review in a writ proceeding is limited to the petition and accompanying documents and, therefore, if essential information is not provided, there is no way to properly evaluate the petition). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-35936

cc:    Gregory Scott Squires
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A